UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 05-M36 |
| Plaintiff, | * | |
| vs. | * | FINDING OF PROBABLE CAUSE |
| FLAMINIO R. REYNOZA, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter came before the Court for an initial appearance, preliminary examination and detention hearing on Friday, July 29, 2005. Defendant appeared in person and by his counsel, Assistant Federal Public Defender Tim Langley. The government appeared by Assistant United States Attorney John Haak.

Based upon the testimony of DEA Special Agent Gary Harvison, the court finds probable cause to believe that Defendant has committed the acts alleged in the Complaint.

Dated at Sioux Falls, South Dakota, this 29 day of July, 2005.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, Clerk of Courts

By _Shelly Margulies_____, Deputy

(SEAL)